# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

  v.                                                            Case No. 17-CR-84

**TRAVIS S. VACCARO,**

    Defendant.

## REPORT AND RECOMMENDATION

The United States of America and the defendant, Travis Vaccaro, appeared before me pursuant to Federal Rule of Criminal Procedure 11. Vaccaro entered a conditional plea of guilty to the one-count Indictment alleging a violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

After cautioning and examining Vaccaro under oath concerning each of the subjects mentioned in Rule 11, I determined that the conditional guilty plea was knowing and voluntary, and that the offense charged is supported by an independent factual basis containing each of the essential elements of the offense.

**NOW, THEREFORE, IT IS RECOMMENDED** that Vaccaro's plea of guilty be accepted; that a presentence investigation and report be prepared; and that Vaccaro be adjudicated guilty and have sentence imposed accordingly.

Your attention is directed to General L.R. 72(c), 28 U.S.C. § 636(b)(1)(B) and Federal Rules of Criminal Procedure 59(b), or Federal Rules of Civil Procedure 72(b) if applicable, whereby written objections to any recommendation or order herein, or part

thereof, may be filed within fourteen days of the date of service of this recommendation or order. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Courtesy paper copies of any objections shall be sent directly to the chambers of the district judge assigned to the case. Failure to file a timely objection with the district court shall result in a waiver of a party's right to appeal. If no response or reply will be filed, please notify the Court in writing.

Dated at Milwaukee, Wisconsin this 4th day of January, 2018.

BY THE COURT

*s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge